AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

United States Courts
Southern District of Texas
**TEXAS** FILED
*July 20, 2024*
Nathan Ochsner, Clerk of Court

UNITED STATES OF AMERICA
V.
**Cesar Garcia-Marquez**

## CRIMINAL COMPLAINT

Case Number: M-24-1198-M

IAE  YOB: 1997
Mexico

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about **July 19, 2024** in **Starr** County, in the **Southern** District of **Texas**

The Defendant being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the Defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**.
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Cesar Garcia-Marquez was encountered by Border Patrol Agents near Roma, Texas, on July 19, 2024. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on July 19, 2024, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on September 12, 2022, through Laredo, Texas. Prior to Deportation/Exclusion, the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

On April 14, 2022, the Defendant was convicted of 8 USC 1326, Illegal Re-Entry, and sentenced to nine (9) months confinement.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA R. Guerra
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

July 20, 2024 at 12:30 p.m.

/s/ Jonathan Quintero
Signature of Complainant

Jonathan Quintero       Border Patrol Agent

**J. Scott Hacker**, **U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer